UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO. 24-cv-22759-RAR

XYZ CORPORATION,

Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS IDENTIFIED
ON SCHEDULE "A",

Defendants.
_____/

**NOTICE OF VOLUNTARY DISMISSAL AS TO CERTAIN DEFENDANTS ONLY**

PLEASE TAKE NOTICE, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) and by undersigned counsel, Plaintiff hereby voluntarily dismisses with prejudice all claims against the following Defendants:

| Defendant No. | Store Name as Identified on Schedule A |
|---|---|
| 3 | AnimalGifts |
| 10 | Co-link store |
| 12 | customized rejoice |
| 17 | ERDANER |
| 25 | jin hua qing |
| 54 | Tatibana |
| 127 | IBEEDOW |
| 133 | OAVQHLG3B |
| 140 | Ouxkmax |
| 142 | qipopiq |
| 143 | Moocorvic |
| 144 | Ruimatai Official Store |
| 146 | WQJNWEQ (USA) |
| 148 | Kayannuo |
| 149 | Jacenvly |
| 150 | Baikeli |
| 151 | KIHOUT |
| 152 | JeashCHAT |

| | |
|:---:|:---:|
| 156 | Oneshit sales promotion |
| 159 | VerPetridure |
| 161 | Apmemiss (USA) |

Respectfully submitted on this 22nd day of October, 2024.

**LAW FIRM OF RUBIO & ASSOCIATES, P.A.**
Attorneys for Plaintiff
8950 SW 74 Ct., Suite 1804
Miami, Fl 33156
Telephone: (786) 220-2061
Facsimile: (786) 220-2062
Email: hrubio@rubiolegal.com
Email: frubio@rubiolegal.com
Email: info@rubiolegal.com
By:/s/ Humberto Rubio
Humberto Rubio, Jr., Esq.
Florida Bar No. 36433
Felipe Rubio, Esq.
Florida Bar No. 123059