UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO. 24-cv-22759-RAR

XYZ CORPORATION,

Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS IDENTIFIED
ON SCHEDULE "A",

Defendants.
_____/

**NOTICE OF VOLUNTARY DISMISSAL AS TO CERTAIN DEFENDANTS ONLY**

PLEASE TAKE NOTICE, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) and by undersigned counsel, Plaintiff hereby voluntarily dismisses with prejudice all claims against the following Defendants:

| Defendant No. | Store Name as Identified on Schedule A |
|---|---|
| 14 | Danlike |
| 45 | Ritzybiz |
| 61 | WuLiXing |
| 70 | bobo Acc |
| 73 | Chuanyue-time |
| 75 | Cloud00A |
| 76 | Cloud00D |
| 77 | Cool Daji Store |
| 78 | crystal00e |
| 80 | Daji Store |
| 81 | DAJI00F UK |
| 82 | dangdang00a |
| 83 | dangdang00d |
| 89 | goodboy00b |
| 90 | goodboy00h |
| 91 | GoodDJ Store |
| 99 | Madbeijing |
| 100 | Madgoodtool |

| | |
|---|---|
| 101 | Madnagasaki |
| 102 | Madnanchang |
| 103 | Madrainbow |
| 104 | MADUPUP |
| 107 | Moaode-World |
| 109 | NINEK11 |
| 110 | NINEVALLY007 |
| 111 | one00j |
| 112 | ONE00K |
| 113 | ONE00O FREE SHIPPING |
| 114 | Oneworld-r UK |
| 120 | topsom00a |
| 124 | YCK016 |
| 125 | YZXGOODS |
| 132 | YUFAN Co.Ltd |
| 157 | Accompai |
| 158 | JMXIANG |

Respectfully submitted on this 25th day of October, 2024.

**LAW FIRM OF RUBIO & ASSOCIATES, P.A.**
Attorneys for Plaintiff
8950 SW 74 Ct., Suite 1804
Miami, Fl 33156
Telephone: (786) 220-2061
Facsimile: (786) 220-2062
Email: hrubio@rubiolegal.com
Email: frubio@rubiolegal.com
Email: info@rubiolegal.com
By:/s/ *Humberto Rubio*
Humberto Rubio, Jr., Esq.
Florida Bar No. 36433
Felipe Rubio, Esq.
Florida Bar No. 123059